UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ANTHONY "TONY" AGEE,                    §
      PLAINTIFF,                    §
                                    §
v.                                      §          CIVIL ACTION NO. 4:12-CV-00550
                                    §
CITY OF McKINNEY, TEXAS,                §
et. al.                                 §
      DEFENDANTS.                   §

## ORDER GRANTING DEFENDANTS' MOTION TO STAY

On this day the Court considered the Motion to Stay ("Motion") filed by the City of McKinney, Texas, William "Randy" Roland and Doug Kowalski, ("Defendants"). The Motion requested the Court stay of further discovery and further progression of this case until such time as the Defendants' dispositive motion and respective sovereign, governmental, qualified and official immunities are resolved and this Honorable Court's jurisdiction over such defendants and claims is determined. After review of the Motion, the applicable law, and the record in this case, the Court is of the opinion that Defendants' Motion should in all things be GRANTED.

IT IS THEREFORE ORDERED that the discovery obligations and further progression of this case is hereby stayed pending an adjudication of the Defendants' *Motion for Summary Judgment* and respective immunity defenses.

SO ORDERED.
**SIGNED this 16th day of October, 2013.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANTS' MOTION TO STAY