IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANTHONY "TONY" AGEE, | ¶ | |
| Plaintiff | ¶ | |
| | ¶ | |
| | ¶ | |
| | ¶ | |
| | ¶ | CIVIL ACTION NO. 4:12CV550 |
| CITY OF MC KINNEY, TEXAS, | ¶ | RC-ALM |
| A Home Rule City; DOUG KOWALSKI, | ¶ | JURY REQUESTED |
| Chief of The Police Department of City | ¶ | |
| of Mc Kinney, Texas, Individually; | ¶ | |
| WILLIAM.R."RANDY" ROLAND, | ¶ | |
| Assistant Chief of The Police Department | ¶ | |
| of City of Mc Kinney, Texas, Individually, | ¶ | |
| Defendants, | ¶ | |
| | ¶ | |

**EXHIBIT A**
**(Sealed Exhibit)**