IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANTHONY "TONY" AGEE, ¶<br>Plaintiff ¶<br>¶<br>¶<br>v. ¶<br>¶ CIVIL ACTION NO. 4:12CV550<br>CITY OF MC KINNEY, TEXAS, ¶ RC-ALM<br>A Home Rule City; DOUG KOWALSKI, ¶ JURY REQUESTED<br>Chief of The Police Department of City ¶<br>of Mc Kinney, Texas, Individually; ¶<br>WILLIAM R. "RANDY" ROLAND , ¶<br>Assistant Chief of The Police Department ¶<br>of City of Mc Kinney, Texas, Individually, ¶<br>Defendants ¶ | |

**ORDER**

There is currently pending before the Court a motion to leave to file plaintiff's response in opposition to defendant's motion for summary judgment. The court, having reviewed the motion, the exhibit there to, and the reasons stated there in finds that plaintiffs motion should be granted.

ACCORDINGLY, IT IS ORDERED that the clerk of this Court shall file plaintiffs response in opposition to defendants motion for summary judgment and the exhibits attached thereto among the Papers and filings in the above numbered action..